IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANTHONY J. RENNA,

    Plaintiff,                                           JUDGMENT IN A CIVIL CASE

v.                                                                Case No. 08-cv-682-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

    This action came for consideration before the court with U.S. District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

    The decision of defendant Michael Astrue, Commissioner of Social Security, is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

_____          _____
Peter Oppeneer, Clerk of Court                              7/16/09  Date